

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 29 2022

KEVIN P. WEIMER, Clerk
BY: _____ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**WATERTON RESIDENTIAL
d/b/a
GWINNETT POINTE**

        **Respondent,**

**v.**

**TAMICA PAYNE**

        **Petitioner,**

**FEDERAL COURT
CASE NO.: 1:22-CV-1235**

**MAGISTRATE COURT
CASE NO.: 22-M-07083**

### PETITION FOR REMOVAL AND FEDERAL STAY OF EVICTION PURSUANT TO 28 USC 1441 (B)

DEFENDANT, TAMICA PAYNE hereby files this Petition for Removal in the

United States District Court for the Northern District of Georgia Atlanta Division of the

above stated case number, **22-M-07083**, in the State Court of Gwinnett County Georgia in

accordance with the provisions of Title 28 U.S.C. 1441(b) Judiciary and Procedure. The

proceedings occurring in violation of the Uniform Commercial Code of 15 U.S.C. 1692

with unlawful eviction proceedings. Pursuant to the provisions of Title 28 U.S.C. Section

1441(b) the State Court of Gwinnett County shall not proceed with any eviction against

the petitioner until it is remanded or so ordered from the United States District Court.

RESPONDENTS, Waterton Residential and its affiliate, Gwinnett Pointe are registered in

the State of Illinois, and are attempting to collect a debt in violation of the Fair Debt Collection

Practices Act (FDCPA) of 1978.  Accordingly, this action is removable pursuant to 28 U.S.C.

1441(b).  The United States Court for the Northern District of Georgia, Atlanta Division has

jurisdiction over this action pursuant to 28 U.S.C. 1331 and 28 U.S.C. 1367(a).

A copy of all process, pleadings and orders served upon defendant in the state

court action are attached hereto as Exhibit "A".

WHEREFORE, DEFENDANT requests that this action be removed to the

United States District Court for the Northern District of Georgia.

Respectfully submitted,

TAMICA PAYNE
PRO SE DEFENDANT
11007 Dunleaf Arc Way
Norcross, GA 30093
(678) 467-9896

## GWINNETT MAGISTRATE COURT
## STATE OF GEORGIA

Case Action No. **22-M-07083**

Filed **March** **2022**

Attorney's or Plaintiff's address and Telephone Number
Waterton Residential d/b/a Gwinnett Pointe

1300 Beaver Ruin Road
Norcross, GA 30093  770-638-0540
Name and Address of Party to be Served

Tamica Payne

11007 Dunlest Arc Way
Norcross, GA  30093

Waterton Residential d/b/a Gwinnett Pointe

Tamica Payne

To be served by
Lisa WOLFE

COST OF SERVICE $ ___12.00___     4

### SPECIAL AGENT'S AFFIDAVIT OF ENTRY OF SERVICE

DATE OF SERVICE: _March 12_ 2022 (This date must be written and clearly legible or affidavit is a copy)

[ ] PERSONAL  Place of Service [ ] same as above [ ] other, as follows: _____
I served the defendant/garnishee with a copy of the action and summons. _____

[ ] NOTORIOUS  I served the defendant/garnishee by leaving a copy of the action and summons at the most notorious place of abode in the county.

Delivered the same to _____  described as follows: approximate age ___
years, approximate weight ___ pounds, approximate height ___ feet and ___ inches, being at the residence of the defendant.

[ ] CORPORATION  Upon corporation _____  in charge of the office
By serving _____
place of business of the corporation in this county.
By serving _____

[X] TACK and MAIL  I served the defendant by posting a copy to the door of the defendant's premises designated above in the affidavit, and on the same day, by depositing a true copy in the mail with first class postage in an envelope properly addressed to the address shown in the summons with adequate notice to answer the summons at the place stated in the summons. (Dispossessory only)

[ ] NON EST  Did not serve because after a diligent search the defendant/garnishee could not be found in the jurisdiction of the court.
Other: _____

(This portion shall be completed, under oath, after service and before filing with the Clerk of this Court, except for printed name.)
I, the undersigned, and being duly sworn, and under penalty of law, swear that I have personally effectuated service of process on the date, time, place and manner as set forth above and that all the facts set forth herein are true and correct and that I have served a copy of this document which bore my printed name, exclusive of my signature under oath, upon the defendant/garnishee simultaneous with service of all documents connected with this action.      (Please use a blue ink which clearly indicates this is an original document.)

Sworn to before me this _____ day of

March _____ , 2022

_____
Notary Public, my commission expires / Clerk
My commission affix seal

Signature of Process Server (signed only before notary public only)

Print Name  **Lisa Wolfe / Don Edwards / Hank Tot**
(Must be clearly legible on defendant/garnishee copy to indicate who made service at the time service was made)

[LW DE HTI]  (Initial if applicable) I am designated as a Special Agent for Service of Process under a standing order of this court.