## Details - Case # 22-M-07083 - Envelope # 9764176

## Envelope

Envelope ID
9764176

Username
shane_gazaway@gand.uscourts.gov

Submitted by
Robert S Gazaway

## Case

Location
Gwinnett County - Magistrate Court

Type
Dispossessory

Category
Civil

## Parties


Show All

Count: 2

## Filings

Filing Code
Notice

Client Ref #

Filing Description
Order of Remand From United States District Court, Northern GA

Submitted Date
05/17/2022 11:37 AM

Status
Submitted

Review Date

---

Component
Lead Document

Document Name
22cv1235 Remand Order and Docket Sheet.pdf

Description

Security
Case Public Document

Download Version
Original

## Service

Count: 0
None

# Fees

Payment Account
Clerk, U.S. District Court, Northern Georgia

Filing Attorney
Kevin P Weimer

Party Responsible for Fees
Tamica Payne

Filer Type

Order ID

Transaction Response

Transaction Amount
$0.00

Transaction ID

**Total**   $0.00

**Waiver Selected**